**Electronically Filed
Supreme Court
SCPR-16-0000488
14-JUL-2016
07:56 AM**

SCPR-16-0000488

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

IN RE BRYAN W. WAGNER, Petitioner.

---

ORIGINAL PROCEEDING

ORDER GRANTING PETITION TO RESIGN AND SURRENDER LICENSE
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner Bryan W. Wagner's petition to resign and surrender his license to practice law in the State of Hawai‘i, filed pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawai‘i (RSCH), and of the affidavits and exhibits in support thereof, we conclude Petitioner Wagner has fully complied with the requirements of RSCH Rule 1.10.  Therefore,

IT IS HEREBY ORDERED that the petition is granted.

IT IS FURTHER ORDERED, pursuant to RSCH Rule 1.10(g), that the Petitioner shall comply with the notice, affidavit, and record requirements of RSCH Rules 2.16(a), (b), (d), and (g).

IT IS FINALLY ORDERED that the Clerk shall remove the name of Petitioner Bryan W. Wagner, attorney number 3063, from the roll of attorneys of the State of Hawai‘i, effective with the filing of this order.

DATED:  Honolulu, Hawai‘i, July 14, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

